1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF ARIZONA**

8

Nicholas Trakas,

NO. CV-13-2070-PHX-JWS

9

Plaintiff,

**ORDER TO DISMISS WITH PREJUDICE**

10

v.

11

Barnett Management Co., an Arizona corporation; Bill Griffith and Jane Doe Griffith, husband and wife,

12
13

Defendants.

14
15

Upon stipulation of the parties and good cause appearing;

16

**IT IS ORDERED** dismissing all of the allegations and claims in the above-

17

captioned matter with prejudice, each side to bear their own costs and fees.

18

DATED this 22nd day of January 2015.

19
20

/s/  JOHN W. SEDWICK
SENIOR UNITED STATES DISTRICT JUDGE

21
22
23
24
25
26
27
28